```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 09862
    AUDREY FOWLER GIBSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-6244


-----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 06/01/2007 and was confirmed 07/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 04/03/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
AMERICAS SERVICING COMPA CURRENT MORTG       .00              .00            .00
NISSAN MOTOR ACCEPTANCE  SECURED VEHIC  24664.76           874.53         6462.19
AMERICAS SERVICING COMPA MORTGAGE ARRE   9487.97              .00            .00
AMERICAN GENERAL FINANCE UNSECURED       2296.20              .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED       1003.41              .00            .00
SELECT FINANCIAL SERVICE NOTICE ONLY    NOT FILED             .00            .00
US DEPT OF EDUCATION     UNSECURED       6316.69              .00            .00
ECAST SETTLEMENT CORP    UNSECURED        876.21              .00            .00
ECAST SETTLEMENT CORP    UNSECURED       1251.35              .00            .00
MARSHALL FIELDS MACY     UNSECURED      NOT FILED             .00            .00
ECAST SETTLEMENT CORP    UNSECURED        757.15              .00            .00
ECAST SETTLEMENT CORP    UNSECURED        500.55              .00            .00
VERIZON WIRELESS         UNSECURED       2056.53              .00            .00
DEUTSCHE BANK NATIONAL T NOTICE ONLY    NOT FILED             .00            .00
NICOR GAS                UNSECURED       1466.55              .00            .00
STARKS & BOYD PC         DEBTOR ATTY    2,974.00                          515.57
TOM VAUGHN               TRUSTEE                                          607.71
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             8,460.00

PRIORITY                                        .00
SECURED                                     6,462.19
    INTEREST                                  874.53
UNSECURED                                       .00
ADMINISTRATIVE                                515.57
TRUSTEE COMPENSATION                          607.71
DEBTOR REFUND                                   .00

              PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09862 AUDREY FOWLER GIBSON
```

```
                                    ---------------        ---------------
TOTALS                                     8,460.00               8,460.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 05/26/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 09862 AUDREY FOWLER GIBSON